NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN B. ADRAIN,**
*Plaintiff-Appellant,*

v.

**EDGE PRODUCTS LLC AND SUPERCHIPS, INC.,**
*Defendants,*

AND

**GRANATELLI MOTOR SPORTS, INC.,**
*Defendant-Appellee.*

---

2012-1060

---

Appeal from the United States District Court for the Southern District of Texas in case no. 10-CV-0885, Judge Vanessa D. Gilmore.

---

## ON MOTION

---

## ORDER

John B. Adrain (Adrain) moves to dismiss Edge Products, LLC (Edge) and SuperChips, Inc. (SuperChips) as parties in this appeal due to a settlement agreement and

to reset the briefing schedule with respect to Granatelli Motor Sports, Inc. (GMS),

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss Edge and SuperChips from this appeal is granted in part. The parties will be listed in the caption as defendants. The revised official caption is reflected above.

(2) The motion to reset the briefing schedule with respect to GMS is granted to the extent that Adrain's opening brief is due within 30 days of the date of filing of this order.

FOR THE COURT

JAN 1 9 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John T. Polasek, Esq.
    Joe C. Holzer, Esq.
    Candace L. Smith, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 9 2012

JAN HORBALY
CLERK